UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WASIM AZIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:09-CV-275 AGF |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that, as to defendants Larry Crawford, Al Luebbers, Gil Since, David Johnson, Norman Steagall, Steve Larkins, Jonna Grubbs, Unknown Hamlin, Jerry Jackson, Noel Mason, Unknown Skaggs, Michael Rotter, Jean Ann Johnson, David Barnett, Juanita Barnett, Unknown Tyrell, Paul Drake, and Regina Braden, plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this partial dismissal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 8th day of April, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE